# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JOHNNY POURCIAU

VERSUS

EARL DEMPSEY PENDARVIS

NO.  2022 CW 0422

**JULY 5, 2022**

---

In Re:  Johnny Pourciau, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 132732.

---

**BEFORE:  McCLENDON, WELCH, AND HESTER, JJ.**

**WRIT DENIED.**

PMc
JEW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT